

NEW YORK OFFICE
twentieth floor
100 wall street
new york, new york 10005-3708
TEL 212 431 8700 FAX 212 334 1278

OTHER OFFICES
beijing, china
portland, oregon
seattle, washington
washington, d.c.
GSBLAW.COM

*Please reply to* BENJAMIN D. LIEBOWITZ
bliebowitz@gsblaw.com  TEL EXT 4535

August 11, 2014

**The application is** ✓ granted.
___ denied.

VIA FACSIMILE: 212-805-7943

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Edgardo Ramos, U.S.D.J.
Dated: 8/11/14
New York, New York 10007

**MEMO ENDORSED**

Re: North Jersey Media Group, Inc. v. Jeanine Pirro et al., 13 Civ. 7153 (ER)

Dear Judge Ramos:

I was previously an associate at the law firm of Dunnegan & Scileppi LLC, attorneys for plaintiff in the above action, and in that capacity represented North Jersey Media Group, Inc. in this matter, along with William Dunnegan.

I have recently left Dunnegan & Scileppi and am now an associate at Garvey Schubert Barer. I have notified both North Jersey Media Group, Inc. and opposing counsel.

As Garvey Schubert Barer does not represent North Jersey Media Group, Inc., I respectfully request that this Court remove my appearance in this case on behalf of the plaintiff by endorsing this letter.

William Dunnegan will continue to represent North Jersey Media Group, Inc. in this matter and there will be no delay or disruption of the continuity of this matter as a result of this withdrawal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/11/2014

Respectfully yours,

GARVEY SCHUBERT BARER

Benjamin D. Liebowitz

BDL/ab

Honorable Edgardo Ramos



August 11, 2014
Page 2

cc: Nathaniel Scott Boyer, Esq.
Benjamin Andrew Fleming, Esq.
Dori Ann Hanswirth, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Fax: 212-918-3100

NY_DOCS:622866.1