USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/28/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORTH JERSEY MEDIA GROUP INC.,

            Plaintiff,

-against-

FOX NEWS NETWORK, LLC,

            Defendant.

13 Civ. 7153 (ER)

ECF Case

------------------------------------------------------------x

NORTH JERSEY MEDIA GROUP INC.,

            Plaintiff,

-against-

FOX NEWS NETWORK, LLC AND
JOHN DOE NOS. 1 – 5,

            Defendants.

14 Civ. 7630 (ER)

ECF Case

------------------------------------------------------------x

**Hon. Edgardo Ramos, United States District Judge**:

A trial having been scheduled in these actions for February 16, 2016:

**IT IS HEREBY ORDERED**: that Courtroom Connect, a Southern District of New York contracted vendor, may provide parties in these actions with Internet connectivity for the duration of the proceedings, set to begin on February 16, 2016. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

January 28, 2016

                                                SO ORDERED

                                                Hon. Edgardo Ramos, U.S.D.J.