Ramos, E.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/3/2016__

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *North Jersey Media Group Inc. v. Fox News Network, LLC*, Docket Nos. 13-cv-7153 (ER), 14-cv-7630 (ER).

The date(s) for which such authorization is provided is (are) February 16, 2016 through February 22, 2016.

| Attorney | Device(s) |
|---|---|
| 1. Dori Ann Hanswirth, Esq. | Smartphone, cell phone, laptop |
| 2. Nathaniel S. Boyer, Esq. | Smartphone, cell phone, laptop |
| 3. Theresa M. House, Esq. | Smartphone, cell phone, laptop |
| 4. Benjamin A. Fleming, Esq. | Smartphone, cell phone, laptop |
| 5. Patsy Curtis Wilson, Esq. | Smartphone, cell phone, laptop |
| 6. Andrew J. Leff, Esq. | Smartphone, cell phone, laptop |
| 7. Nicholas D. Lanoie, Esq. | Smartphone, cell phone, laptop |
| 8. Dianne Brandi, Esq. | Smartphone, cell phone, laptop |
| 9. Jessica Vosgerchian, Esq. | Smartphone, cell phone, laptop |

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    IT IS SO ORDERED:

Dated: _Feb. 3, 2016_                        _____
                                                                United States District Judge