UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  2/3/2016
```

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following paraprofessional(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *North Jersey Media Group Inc. v. Fox News Network, LLC*, Docket Nos. 13-cv-7153 (ER), 14-cv-7630 (ER).

The date(s) for which such authorization is provided (are) February 11, 2016 through February 22, 2016.

| Paraprofessional | Device(s) |
|---|---|
| 1. Miguel Lugo | Smartphone, cell phone, laptops, monitors, portable printer, computer accessories |
| 2. Raymond Torres | Smartphone, cell phone, laptop |

The paraprofessional(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the paraprofessional that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

IT IS SO ORDERED:

Dated: Feb. 3, 2016        _____
                                        United States District Judge