USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/11/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NORTH JERSEY MEDIA GROUP INC.,

                Plaintiff,

- against -

FOX NEWS NETWORK, LLC,

                Defendant.

------------------------------------------------------------x

**ORDER**

13 Civ. 7153 (ER)
14 Civ. 7630 (ER)

Ramos, D.J.:

      On December 21, 2015, the parties filed a Joint Pretrial Statement (the "JPS") in the above-captioned action. Doc. 134. On February 10, 2016, the parties filed an Amended Joint Pretrial Statement (the "Amended JPS"). Doc. 200. In the JPS, the parties designated certain portions of Katy Ricalde's deposition testimony that they intend to introduce at trial, in addition to noting their respective objections thereto. Doc. 134 at 15, *see also* Pl.'s February 2, 2016 letter to the Court. The parties reassert these objections in the Amended JPS. Doc. 200 at 12.

      The Court has reviewed NJMG's objections to Fox News' designations and Fox News' objections to NJMG's designations. NJMG's objections are sustained as to the following testimony:

    **30(b)(1)**
- 53:24-54:6
- 54:8-54:9
- 54:11-55:2

    **30(b)(6)**
- 23:17-24:2 (overruled as to 23:17-21)
- 24:6-24:11

The balance of NJMG's objections are overruled.

Fox News' objections are sustained as to the following testimony:

**30(b)(1)**
- 104:12-104:19

The balance of Fox News' objections are overruled.

It is SO ORDERED.

Dated:   February 11, 2016
         New York, New York

_____
Edgardo Ramos, U.S.D.J.