UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTH JERSEY MEDIA GROUP INC.,

         Plaintiff,

v.

FOX NEWS NETWORK, LLC,

         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 2/19/2016

Index No.: 13 Civ. 7153 (ER)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff North Jersey Media Group Inc. and Defendant Fox News Network, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff North Jersey Media Group Inc.'s copyright infringement claim in the above captioned action is voluntarily dismissed, with prejudice.

DATED: February 17, 2016

DUNNEGAN & SCILEPPI LLC

By _William Dunnegan_
William Dunnegan, Esq. (WD0415)
350 Fifth Avenue
New York, New York 10118
Telephone: (212) 332-8300
Facsimile: (212) 332-8301
wd@dunnegan.com
*Attorneys for Plaintiff*

HOGAN LOVELLS US LLP

By _[signature]_
Dori Ann Hanswirth, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3631
Facsimile (212) 918-3100
dori.hanswirth@hoganlovells.com
*Attorneys for Fox News*

SO ORDERED, _Feb. 19_, 2016

_[signature]_
Edgardo Ramos
United States District Judge